# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
)
A United States Postal Service Priority Mail parcel with tracking number 9505515450961265397850 seized on September 24, 2021 from the Williams Bridge Post office located at 711 E Gun Hill Road, Bronx, New York 10467 )
)
)
)
)
)

Case No. 5:21-MJ-00612

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1); and 21 U.S.C. § 843(b) | See Attached Affidavit |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (*give exact ending date if more than 30 days*: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Anthony Herrera Jacobs, Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: Riverside, CA          Hon. Shashi H. Kewalramani, U. S. Magistrate Judge
*Printed name and title*

AUSA: Robert Trisotto, (951) 276-6211

**AFFIDAVIT**

I, Anthony Herrera Jacobs, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a warrant to search a United States Postal Service ("USPS") Priority Mail parcel with tracking number 9505515450961265397850 (the "SUBJECT PARCEL"), as described more fully in Attachment A. The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility, Including the Mails, to Facilitate the Distribution of a Controlled Substance) (the "SUBJECT OFFENSES"), as described more fully in Attachment B. Attachments A and B are incorporated by reference into my affidavit.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. INTRODUCTION

3. I have been a Postal Inspector with the United States Postal Inspection Service ("USPIS") since August 2003. I am currently assigned to the USPIS Los Angeles Division, San Bernardino Domicile, Prohibited Mailing Narcotics Team and Parcel Task Force, which is responsible for investigating drug trafficking organizations that use parcels to transport and distribute illegal drugs and/or drug-sale proceeds.

4. As part of my training to become a Postal Inspector, I completed a twelve-week Postal Inspector basic training course, which included training on how to investigate narcotics trafficking via the United States mail. I also completed an advanced training course specifically designed for training investigators of narcotics mailers and shippers. Furthermore, as part of my law enforcement duties, I have conducted numerous parcel investigations that have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of illegal drugs and proceeds from the sale of illegal drugs.

5. I have completed thousands of hours of criminal investigations, including compiling information; interviewing victims, witnesses, and suspects; and collecting evidence to support criminal complaints and indictments. I have worked with other experienced state and federal law enforcement officers and supervisors and have gained knowledge and experience from them. My work has involved preparing and assisting in the drafting and service of numerous search warrants. I have testified in

federal court and state superior court concerning both misdemeanor and felony offenses. I received training in the investigation of drug trafficking activities that use USPS mail.

### III. STATEMENT OF PROBABLE CAUSE

**A.  Background, Training, and Experience Regarding the SUBJECT OFFENSES**

6. Based on my training and experience as a Postal Inspector, and the experiences relayed to me by fellow Postal Inspectors who specialize in drug investigations, I know the following:

   a.  Postal Inspectors have been conducting investigations of drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s. In the early 1990s, Postal Inspectors in Los Angeles, California, and surrounding regions such as the High Desert/Low Desert areas that includes Riverside and San Bernardino Counties, began conducting organized interdictions of Priority Mail Express and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances. Postal Inspectors also regularly examined and investigated Priority Mail Express and Priority Mail parcels. During the 1990s, Postal Inspectors saw that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances, in the form of cash, using boxes.

   b.  Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of using

3

smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders. By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances, which lend a sense of legitimacy to the parcel.

       c.    The San Bernardino County and Riverside County areas (collectively, the "Inland Empire") are a significant source area for controlled substances. Controlled substances are frequently transported from the Inland Empire area via the United States Mail, and the proceeds from the sale of controlled substances are frequently returned to the Inland Empire area via the United States Mail. These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000. Based on my training and experience, I know that proceeds from the sale of controlled substances often contain the odor of controlled substances because they have been contaminated with or associated with the odor of one or more controlled substances.

       d.    Drug traffickers often use one of two USPS services: Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product. Drug traffickers use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the article's progress to the intended delivery point. Drug traffickers use the Priority Mail delivery service

4

because it allows drug traffickers more time for travel between states if they decide to follow a shipment to its destination for distribution. Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track the article's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

7. Based on my training and experience, and the collective experiences relayed to me by fellow Postal Inspectors who specialize in investigations involving the mailing of controlled substances and proceeds from the sale of controlled substances, I know that the following indicia suggest that a parcel may contain drugs or drug trafficking proceeds:

    a. The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope;

    b. The parcel bears a handwritten label, whether USPS Express Mail or Priority Mail;

    c. The handwritten label on the parcel does not contain a business account number;

    d. The seams of the parcel are all taped or glued shut;

    e. The parcel emits a particular odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

    f. Multiple parcels are mailed by the same individual, on the same day, from different locations.

8. Parcels exhibiting some of these characteristics are the subject of further investigation, which may include

verification of the addressee and return addresses and examination by a trained drug detection dog.

9.   I know from my experience and training that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases. Indeed, it is my experience that to the extent real addresses are ever used it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.   Initial Investigation of the SUBJECT PARCEL**

10.   On August 18, 2021, Postal Inspector Marc Kudley obtained a search warrant in case number 5-21-MJ-00535 from the Honorable Shashi H. Kewalramani for Express Mail Parcel EI041182577US.  Upon executing the warrant, Inspector Kudley discovered that the parcel contained 4,207 grams of a substance which field tested positive for Fentanyl.  The parcel was mailed from the Hesperia post office and was addressed to Alejandro Lopez at 2314 Holland Avenue, Apt. 6B, Bronx, New York 10467.

11.   On September 23, 2021, I found through postal business records that the SUBJECT PARCEL was mailed from the Merced post office and destined for the same address, namely, 2314 Holland Avenue, Apt. 6B, Bronx, New York 10467.  I contacted Postal Inspector Hamid Beltre of the New York Division concerning the SUBJECT PARCEL, which was at the Williams Bridge Post office located at 711 E Gun Hill Road, Bronx, New York 10467.  I then asked Inspector Beltre to retrieve and forward the SUBJECT PARCEL to me in California.  On September 28, 2021, I received

6

the SUBJECT PARCEL and noticed the SUBJECT PARCEL met certain criteria common to packages containing contraband. Specifically, the SUBJECT PARCEL was a USPS Priority Mail Box, handwritten in black marker, and without business account numbers.

12. I then used the CLEAR[1] database and other open source databases to check the return and recipient addresses listed on the SUBJECT PARCEL and determined the following:[2]

    a. The SUBJECT PARCEL is a brown box with a USPS Priority Mail label, handwritten in black marker, with tracking number 9505515450961265397850, weighing about 12 lbs and 8 ounces, postmarked on September 22, 2021 in Merced, CA 95340 with a postage amount of $99.25.

    b. The return address listed on the SUBJECT PARCEL is "From Jose Mojica 500 E. 26th St. Merced CA 95340." I was unable to locate a "Jose Mojica" in the CLEAR database associated with that address.

    c. The recipient address listed on the SUBJECT PARCEL is "Maria Mojica 2314 Holland Ave Apt 6B Bronx NY 10467-9289." I was able to locate "Maria Mojica" in the CLEAR database associated with that address.

---

[1] CLEAR is a public information database used by law enforcement that provides names, addresses, telephone numbers, and other identifying information.

[2] Misspellings and grammatical errors in addresses set forth in this affidavit are as they appear on the labels of the SUBJECT PARCEL.

7

**C.    Drug-Detection Dog Alerts to the SUBJECT PARCEL**

13. I transported the SUBJECT PARCEL to the USPS Office off 5th St. in San Bernardino, where I was met by Detective Kristina Winegar. On September 28, 2021, based on the suspicious characteristics of the SUBJECT PARCEL, Detective Winegar had her trained narcotics-detection K-9 dog, "Roxy," examine the exterior of the SUBJECT PARCEL. Attached to my affidavit as Exhibit 1, and incorporated into my affidavit by reference, is a true and correct copy of information provided to me by Detective Winegar regarding Roxy's training and history in detecting controlled substances.

14. Detective Winegar placed the SUBJECT PARCEL in an area with other parcels to perform a K-9 sniff with "Roxy." Detective Winegar told me, as I also saw, that "Roxy" gave a positive alert to the SUBJECT PARCEL, indicating the presence of controlled substances or other related items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

///

///

## IV. CONCLUSION

15. For the reasons set forth above, there is probable cause to believe that the SUBJECT PARCEL, as described in Attachment A, contains evidence, fruits, and instrumentalities of violations of the SUBJECT OFFENSES, as described in Attachment B.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this ____ day of
September, 2021.

_____
HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

PARCEL TO BE SEARCHED

The following United States Postal Service Priority Mail parcel seized on September 24, 2021 from the Williams Bridge Post office located at 711 E Gun Hill Road, Bronx, New York 10467, and currently in the custody of the United States Postal Inspection Service in San Bernardino, California:

The SUBJECT PARCEL is a brown box with a USPS Priority Mail label, handwritten in black marker, with tracking number 9505515450961265397850, weighing approximately 12 lbs and 8 ounces, postmarked on September 22, 2021 in Merced, CA 95340 with a postage amount of $99.25.  The return address listed on the SUBJECT PARCEL is "From Jose Mojica 500 E. 26th St. Merced CA 95340."  The recipient address listed on the SUBJECT PARCEL is "Maria Mojica 2314 Holland Ave Apt 6B Bronx NY 10467-9289."

i

**ATTACHMENT B**

ITEMS TO BE SEIZED

The following are to be seized from the parcel described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility, Including the Mails, to Facilitate the Distribution of a Controlled Substance):

    a.   Any controlled substances, including marijuana;

    b.   Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

    c.   Parcel wrappings used to conceal items described in (a) and/or (b).

# EXHIBIT 1

## to the

## Affidavit of PI Jacobs

## EXPERTISE OF AFFIANT Detective Winegar/ K9 Roxy

I, Detective Kristina Winegar B5848, I am a Detective with the San Bernardino County Sheriff's Department. I have been so employed since March 2002. I attended the San Bernardino County Sheriff's Basic Academy where I was given instruction in basic investigations, crimes against persons, crimes against property, and narcotic/controlled substance identification. I have conducted numerous investigations involving Forgery, Possession of stolen property, theft and fraud as well as violent crimes, assaults, homicides and sexual crime. I have been involved in well over 300 investigations/arrests involving burglaries, thefts, crimes against persons, identity theft, assault on person, and narcotics sales and possession.

NARCOTICS DIVISION: May 2014 to present.
In May 2014, I was temporarily assigned as the narcotics division High Desert Set team. I successfully completed 24-hour Short Hall Operations (STABO) training with Campaign Against Marijuana Planting (CAMP). In May, I was permanently assigned to narcotics. I was assigned as a Narcotics K9 handler in June 2014. While assigned to the Narcotics have participated in undercover buys where I have bought ecstasy at large public gathering events.

NARCOTICS/CANINE EXPERTISE:
I have attended a 120-hour course at Vohne Liche Kennels in narcotics detection. I attend this course with my K9 partner Roxy, a brown and white Springer Spaniel. K9 Roxy and I are a certified narcotics detection team through the California Narcotics Canine Association. We attend monthly maintenance training sponsored by Vohne Liche Kennels, weekly training with the Inland Empire Police Canine Association and Roxy and I train daily. Roxy has given a positive alert over 500 times in searches where illegal narcotics have been located and/or seized. I have written and served search warrants for narcotics transportation and sales, marijuana cultivation, stolen property, records/identity theft and other various criminal offenses. I have attended a 40 hour criminal interdiction conference in Austin Texas, a 40 hour criminal interdiction conference in New Orleans Louisiana, 40 hour criminal interdiction in Chicago Illinois, a 24 hours jetway interdiction course in Long Beach California, a 8 hour controlled delivery course, a 8 hours drug endangered children's course, a 16 hour reality based detection course with my K9 partner Roxy, a 80 hour Department of Justice methamphetamine clandestine lab safety course instructed by a state certified chemist. I participated in the live cook of methamphetamine, and an 80-hour training course with California Narcotics Canine Association.

Additionally, I have received training in drug use, symptomatology, and recognition of narcotics. I have continued my education in areas of narcotic sales, trafficking, interdiction and possession, along with dangerous controlled substances including marijuana, methamphetamine, heroin, cocaine, psilocybin(mushrooms), MDMA (Ecstasy), PCP (phencyclidine), testosterone ester and anabolic steroids.

I have worked as a full time certified K9 handler since July 10, 2014. Since successfully completing K9 handler training; Roxy is responsible for the seizure of over 4,000 pounds of marijuana, 32 pounds of cocaine, over 182 pounds of methamphetamine, 18 pounds of heroin, 30 pounds of concentrated cannabis, over 4,320 MDMA(Ecstasy) pills, 15 ounces of synthetic marijuana(spice), and over $2,450,000 in US currency.

iii

On 09-28-21 USPI Anthony Jacobs asked that I and my narcotics Detection K9 "Roxy" to assist in a narcotics parcel investigation on a suspicious parcel. The parcel was placed in the patio area near other like parcel packaging boxes at the US Post Office located on 5th St. in San Bernardino. "Roxy" alerted to the parcel indicating the odor of narcotics was present. The following information was from the suspected parcel.

- Parcel USPS Tracking # 9505515450961265397850

*Kristina Winegar*

Detective Kristina Winegar